# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00756-CV

**In re Randy Gourley**

ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

# M E M O R A N D U M   O P I N I O N

Relator Randy Gourley's petition for mandamus is denied.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: January 18, 2013